**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA**,** | : | CASE NO. 1:17CR006 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE JAMES S. GWIN |
| vs. | : | |
| | : | |
| BRIAN C. KEELING, | : | **DEFENDANT BRIAN KEELING'S** |
| | : | **UNOPPOSED MOTION TO** |
| Defendant. | : | **CHANGE SENTENCING DATE** |

The defendant Brian C. Keeling, through counsel, hereby moves this Honorable Court for an Order changing the date of the sentencing hearing scheduled June 27, 2017, to either June 13th, June 14th, or June 15th, 2017. Assistant United States Attorney Michael Sullivan has no objection to this motion and is available on the proposed dates.

On April 18, 2017, undersigned counsel filed an unopposed motion to continue sentencing hearing. (Dkt. 13). On April 19, 2017, this Honorable Court granted the motion (Order - non-document). The reason is that undersigned counsel has a conflict with her schedule. Counsel was not able to verify that she was to attend the Administrative Office Supervisor's Training scheduled for June 26- 30, 2017, until after the court's ruling. The request for this continuance is made in the interest of justice and not for needless delay.

Therefore, undersigned counsel, respectfully requests this Honorable Court grant this motion and change the date of the sentencing hearing.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

s/ JACQUELINE A. JOHNSON
JACQUELINE A. JOHNSON
First Assistant
Federal Public Defender
Ohio Bar: 0025606
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 (o); (216) 522-4321 (f)
(jacqueline_johnson@fd.org)

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017, a copy of the foregoing <u>Motion</u> was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

s/ JACQUELINE A. JOHNSON
JACQUELINE A. JOHNSON
First Assistant
Federal Public Defender
